UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NECO MURRAY,<br><br>   Plaintiff,<br><br>   v.<br><br>TITANIUM METALS CORPORATION, a Delaware Corporation, aka TIMET aka TITANIUM METALS CORP OF AMERICA and Doe Individuals 1-100 and Roe Entities 1-100,<br><br>   Defendants. | Case No. 2:20-cv-00033-JCM-EJY<br><br>**ORDER** |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (ECF No. 10) in which the parties seek a 240 day discovery period based solely on COVID-19. While the Court is sympathetic to the challenges the virus may cause, this alone is not a basis to extend the initial discovery period 60 days. The parties are to engage in diligent discovery during the normal 180 day discovery period. If necessary, as demonstrated through submission of a request to extend deadlines, the Court will consider extending the discovery period as appropriate.

Accordingly, IT IS HEREBY ORDERED that the Stipulated Discovery Plan and Scheduling Order (ECF No. 10) is denied and the parties are directed to submit a revised discovery plan and scheduling order in compliance with a 180 initial discovery period within ten days of the date of this Order.

Dated this 18th day of May, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE